IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 11  PM 2: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MILDRED MINNIS and ARACIA PARKER
On behalf of themselves and as
Representatives of a Class of all
others similarly situated,

     Plaintiffs,

VS.                                    NO. 04-2056-Ma/P

CITY OF MEMPHIS, COUNTY OF SHELBY,
STATE OF TENNESSEE, MEMPHIS HOUSING
AUTHORITY, MEMPHIS LIGHT, GAS & WATER,
SHELBY COUNTY ASSESSOR, SHELBY COUNTY
TRUSTEE and the STATE OF TENNESSEE,

     Defendants.

---

ORDER GRANTING LEAVE TO FILE REPLY

---

Before the court is the May 10, 2005 motion by Defendants
County of Shelby, Shelby County Assessor and Shelby County
Trustee for leave to file reply to "Plaintiffs' Response to
Motion to Dismiss". For good cause shown, the motion is granted.

IT IS SO ORDERED this __11th__ day of May, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02056 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

Craig E. Willis
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

J. Martin Regan
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bruce McMullen
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT