IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6 AM 8: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MILDRED MINNIS and ARACIA PARKER
On behalf of themselves and as Representatives
of a Class of all others similarly situated,

    Plaintiffs,

VS.                                    NO. 04-2056-Ma/P

CITY OF MEMPHIS, COUNTY OF SHELBY,
STATE OF TENNESSEE, MEMPHIS HOUSING
AUTHORITY, MEMPHIS LIGHT, GAS & WATER,
SHELBY COUNTY ASSESSOR, SHELBY COUNTY
TRUSTEE and the STATE OF TENNESSEE,

    Defendants.

---

## ORDER GRANTING LEAVE TO FILE REPLY MEMORANDUM

Before the court is the May 26, 2005 motion by Defendant City of Memphis to file a reply to Plaintiffs' Response to Motion to Dismiss. For good cause shown, the motion is granted and the reply attached to Defendant City of Memphis' motion for leave to file reply shall be deemed filed as of the date of entry of this order.

IT IS SO ORDERED this **3d** day of June, 2005.

                              _/s/ Samuel H. Mays, Jr._
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02056 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Bruce McMullen
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Craig E. Willis
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

J. Martin Regan
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT