IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 19 AM 6: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MILDRED MINNIS and ARACIA PARKER
On behalf of themselves and as Representatives
Of a Class of all others similarly situated,

    Plaintiffs,

v.

CITY OF MEMPHIS, COUNTY OF SHELBY,
STATE OF TENNESSEE, MEMPHIS HOUSING
AUTHORITY, MEMPHIS LIGHT, GAS & WATER,
SHELBY COUNTY ASSESSOR, SHELBY COUNTY
TRUSTEE, and the STATE OF TENNESSEE

    Defendants.

NO.: 04-2056-Ma-D

JUDGE: MAYS

Magistrate Judge: Pham

## CONSENT ORDER OF DISMISSAL

Come now the Plaintiffs and announce to the Court their desires to take a non-suit with respect to the remaining Defendant, Memphis Housing Authority; and seek to enter a non-suit with respect to the entire cause; IT IS ORDERED ADJUDGED AND DECREED

That the Defendant, Memphis Housing Authority, is hereby dismissed without prejudice, and this entire cause of action is dismissed without prejudice; and costs are assessed to Plaintiffs.

_____
JUDGE

DATED: August 18, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

APPROVED:

PLAINTIFFS:

By: _____
Richard B. Fields
Attorney for Plaintiff
688 Jefferson Avenue
Memphis, TN 38103
(901) 543-4299


DEFENDANT, Memphis Housing Authority

By:  THOMASON, HENDRIX, HARVEY,
     JOHNSON & MITCHELL, PLLC

By: _____
J. MARTIN REGAN, JR. (6498)
BRUCE A. McMULLEN (18126)
Attorneys for Defendant, Memphis Housing Authority
40 S. Main St., Suite 2900
Memphis, TN 38103
(901) 577-6143
(901) 525-6722


## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document has been properly served upon the following: Brian Kuhn, Shelby County Attorney's Office, 160 N. Main St., Suite 660, Memphis, TN 38103; Monice Hagler Tate, Fearnley & Califf, 6389 Quail Hollow Road, Memphis, TN 38120; Craig Willis, Shelby County Attorney's Office, 160 N. Main St., Suite 660, Memphis, TN 38103; Dedrick Brittenum, Jr., Farris Mathews Branan Bobango & Hellen, PLC, 40 S. Main St., Suite 2000, Memphis, TN 38103; Richard B. Fields, Attorney for Plaintiff, 688 Jefferson Avenue, Memphis, Tennessee 38105; and William Haltom, Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC, 40 S. Main St., Suite 2900, Memphis, TN 38103 via U. S. mail, postage prepaid, this __11__ day of August, 2005.

_____
J. Martin Regan, Jr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02056 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Dedrick Brittenum
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Craig E. Willis
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

J. Martin Regan
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bruce McMullen
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Samuel Mays
US DISTRICT COURT